IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOHAMAD SALEH,** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **TRANS UNION, LLC, et al.** | : | NO. 13-2796 |
| | : | |

## NOTICE

Please be advised that the Rule 16 Conference, scheduled for **August 16, 2013 at 2:20 p.m.**, will be held by telephone. Once all parties are on the line, Plaintiff's counsel shall contact chambers at 267.299.7610

**BY THE COURT:**

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, C.J.**